UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          CASE NO. 11-27303-AJC

SANDRA FORD,                                    CHAPTER 13

　　　　Debtor.
_____/

## MOTION FOR RELIEF FROM STAY

Movant, MIAMI POSTAL SERVICE CREDIT UNION, moves this Court for the entry of an Order Lifting the Automatic Stay and all express injunctions, if any, and in support thereof shows as follows:

1. This contested matter relates to Bankruptcy Petition No. 11-27303-AJC filed in the Bankruptcy Court of the Southern District of Florida under Chapter 7 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334, as referred under 28 U.S.C. Section 157, and it constitutes a "core proceeding" within the meaning of the latter statute.

3. CREDITOR is precluded by the force and effect of paragraph (4) and (5) of Section 362(a) of the Bankruptcy Code from enforcing CREDITOR's lien against property of the estate and property of the Debtor.

4. The Debtor was at the time of the filing of her petition, and still is, justly and truly indebted to CREDITOR for the following sums:

**2008 Inifiniti FX35** - $12,957.74 plus interest. A copy of the loan documents are attached hereto as "Exhibit A."

1

5. The above-referenced loan is secured by a lien in the 2008 Infiniti FX35, VIN #JNRAS08U08X104576. Creditor has a properly perfected lien in the automobile as shown by the Certificate of Title attached hereto as "Exhibit B."

6. The fair market value of the 2008 Inifiniti FX35 is $27,525.00.

7. The Creditor is not adequately protected in that the loan is not being paid by the Debtor.

8. The Debtor is currently past due for May 31, 2011, payment in the amount of $392.20.

WHEREFORE, MIAMI POSTAL SERVICE CREDIT UNION requests this Court to enter its Order Lifting the Automatic Stay as to this property and to allow MIAMI POSTAL SERVICE CREDIT UNION to enforce its security interest in the aforesaid property.

/s/ D. TYLER VAN LEUVEN
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
MARY LINZEE VAN LEUVEN (FL Bar #0029766),
ELBA N. SERRANO-TORRES (FL Bar #0042228),
CONOR J. MCLAUGHLIN (Fla. Bar #0084477) &
JOSHUA J. LOGAN (Fla. Bar #0041371) of
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing MOTION FOR RELIEF FROM STAY has been furnished either by electronic means or by U.S. Mail to Christine E. Bryce, Esquire, 18350 N.W. 2 Ave., Suite 500, Miami, FL 33169, Attorney for Debtor, (usual place of business), Sandra Ford, 230 N.W. 178th Terrace, Miami, FL 33169, Debtor, (usual place of abode), and Nancy N. Herkert, POB 279806, Miramar, FL 33027, Trustee, (usual place of business), on this 6th day of July, 2011.

                                            /s/ D. TYLER VAN LEUVEN
                                            Attorney