THE BANKRUPTCY COURT IN AND FOR THE SOUTHERN
SOUTHERN DISTRICT OF FLORIDA

IN RE:

SANDRA FORD,                              CASE NO: 11-27303
                                                CHAPTER 13

_____/

### RESPONSE TO MIAMI POSTAL SERVICE CREDIT UNION MOTION
### FOR RELIEF FROM STAY

COMES NOW, the Debtor, SANDRA FORD,  by and through the undersigned Counsel and files this
response by stating as follows:

1.  The Creditor, MIAMI POSTAL SERVICE CREDIT UNION, hereinafter Creditor by its own Motion
    is not eligible for relief and the Debtor states the following reasons:

    a.  The Debtor filed this Petition on or about June 22, 2011 and at that time of the filing, the
        Debtor was less than one payment past due with an insignificant arrearage viz. $392.20.

    b.  The Creditor has adequate protection in that by its own Motion the value of the vehicle is
        allegedly $27,525.00 and the debt is $12,957.74 which is equity in the vehicle of
        $14,567.26. Said equity would be for the benefit of the other creditors and certainly, the
        Trustee would administer same.

    c.  The Debtor proposes to pay the Creditor in her Chapter 13 plan.

WHEREFORE, the Debtor SANDRA FORD, moves this Court to deny the Debtor's Motion for Relief from
Stay.

Dated:  July 14, 2011.                     /S/ Christine E. Bryce, Esq.
                                           Christine E. Bryce, Esq.
                                           FBN: 0664200
                                           18350 NW 2nd  Avenue, Suite 500
                                           Miami, Florida 33169
                                           (305)651-4558
                                           cebryceblaw@cs.com