# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

X __FIRST_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
G _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SANDRA FORD            JOINT DEBTOR:_____ CASE NO.: 11-27303   AJC
Last Four Digits of SS# XXX-XX-8806___    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ _777.21_____ for months __1___ to _10____;
    B.    $ _773.03_____ for months _11___ to _60____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,000.00  TOTAL PAID $0
Balance Due  $5,000.00 payable $1,200.00 Arag Legal Group
                              $ 380.00/month (Months _1__ to _10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. '1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _New World Condo II Apt Assoc._    Arrearage on Petition Date     $ 0
Address: 18301 NW 2 Court,              Arrears Payment $ _0_____/month (Months _1_ to _60_)
       Miami, Fl 33169                     Regular Payment $ 169.49 /month (Months _1_ to _60_)
Account No: Unit 123

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| New World Condo#2 | Condo located at 301 NW 177th St #123, Mia, Fl $16,500.00 | 0% | $0 | _1_ To 60 | 0 |
| Miami Postal Credit Union | 2008 Infiniti X35 $20,000.00 | 5.25% | $100.00 $476.24 | 1 To 10 11 To 36 | $13,382.31 |
| Miami Postal Credit Union | Condo located at 301 NW 177th St #123, Mia, Fl $16,500.00 | 0.0% | $0 | _1_ To 60 | $0 |

Priority Creditors: [as defined in 11 U.S.C. '507]
1. Internal Revenue Service    Total Due $3,000.0 Payable $ 50.00/month (Months 1 to 60)  Regular
                             Payment $0

Unsecured Creditors: Pay $ 476.24 /month (Months _36_ to _60_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Waikiki Trust Partnership, the first mortgagee on the single family home shall be paid directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
Christine E. Bryce, Esq for

_____
Debtor                                                   Joint Debtor
Date: _7/14/2011_____          Date:_____

LF-31 (rev. 01/08/10)