UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                       CASE NO. 11-27303-AJC

SANDRA FORD,                                        CHAPTER 13

Debtor.
_____/

## OBJECTION TO DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY (DOCKET #26) OF CREDITOR, MIAMI POSTAL SERVICE CREDIT UNION

The Creditor, MIAMI POSTAL SERVICE CREDIT UNION, hereinafter referred to as the Creditor, a secured Creditor herein objects to the Debtors' Motion to Value (Docket #26) on the following basis:

1. Creditor is secured by virtue of a lien on a 2004 Chevrolet Suburban, VIN #1GNEC16Z44J261566, as evidenced by the attached loan documents and Certificate of Title.

2. As of the date of the Petition, Creditor is owed $12,957.74.

3. The value of the vehicle at issue actually exceeds the amount owed to Creditor according to the NADA valuation of the vehicle. Therefore, Creditor's claim is fully secured.

WHEREFORE, Creditor objects to the Debtors' Motion to Value and requests that a hearing be set to assign the appropriate value to the vehicle at issue.

/s/ D. TYLER VAN LEUVEN
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
MARY LINZEE VAN LEUVEN (FL Bar #0029766),
ELBA N. SERRANO-TORRES (FL Bar #0042228) ,
CONOR J. MCLAUGHLIN (Fla. Bar #0084477) &
JOSHUA J. LOGAN (Fla. Bar #0041371) of
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished either by electronic means or by U.S. Regular Mail to Christine E. Bryce, Esquire, 18350 N.W. 2 Ave., Suite 500, Miami, FL 33169, Attorney for Debtor, (usual place of business), Sandra Ford, 230 N.W. 178th Terrace, Miami, FL 33169, Debtor, (usual place of abode), and Nancy N. Herkert, POB 279806, Miramar, FL 33027, Trustee, (usual place of business)), by U.S. Mail, on this 4 day of August, 2011.

/S/ D. TYLER VAN LEUVEN
Attorney