## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                              CASE NO.  11-27303-AJC

      SANDRA FORD,                              CHAPTER 13

         Debtor.

_____/

## OBJECTION TO DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY (DOCKET #28) OF CREDITOR, MIAMI POSTAL SERVICE CREDIT UNION

Creditor, MIAMI POSTAL SERVICE CREDIT UNION, through its undersigned counsel, objects to the Debtor's Motion to Value Collateral and would show:

1.      The collateral set forth in the Debtor's Motion to Value Collateral is real property with an address of 301 N.W. 177th Street, Unit 123, Miami, FL 33169.

2.      The Debtor has valued the property at $16,500.00 in its Motion based on a "Sales Comparative Analysis." The Debtor has provided no valid appraisal to establish the value of the collateral.

3.      Creditor believes the valuation of the property is in excess of what is owed to the first mortgagee and accordingly, Creditor's claim should be treated as a fully secured claim.

4.      Creditor requests that it be allowed access to the property in order to inspect and appraise the property.

WHEREFORE, Creditor prays the Court will deny the Debtor's Motion to Value Collateral, direct the Debtor to allow Creditor or its agents access to the property to inspect and appraise the same and set the matter for an evidentiary hearing no fewer than 45 days from the date of this motion to afford time for a full appraisal to be conducted.

/s/ D. TYLER VAN LEUVEN
JAMES E. SORENSON (FL Bar #0086525),
D. TYLER VAN LEUVEN (FL Bar #0178705),
MARY LINZEE VAN LEUVEN (FL Bar #0029766),
ELBA N. SERRANO-TORRES (FL Bar #0042228) ,
CONOR J. MCLAUGHLIN (Fla. Bar #0084477) &
JOSHUA J. LOGAN (Fla. Bar #0041371) of
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
Post Office Box 4128
Tallahassee, Florida 32315-4128
Telephone (850) 386-3300
Facsimile (850) 205-4755
*Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished either by electronic means or by U.S. Mail to Christine E. Bryce, Esquire, 18350 N.W. 2 Ave., Suite 500, Miami, FL 33169, Attorney for Debtor, (usual place of business), Sandra Ford, 230 N.W. 178th Terrace, Miami, FL 33169, Debtor, (usual place of abode), and Nancy N. Herkert, POB 279806, Miramar, FL 33027, Trustee, (usual place of business), on this __4__ day of August, 2011.

/s/ D. TYLER VAN LEUVEN
Attorney for Creditor