**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

    X  __FOURTH__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    G  _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SANDRA FORD          JOINT DEBTOR:              CASE NO.: 11-27303 AJC
Last Four Digits of SS# XXX-XX-8806     Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 762.40    for months  1  to  11  ;
    B.    $ 813.79    for months  12  to  59  ;
    C.    $ 924.90    for months  60  to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,000.00  TOTAL PAID $0
              Balance Due  $5,000.00 payable $1,200.00 Arag Legal Group
              $ 345.45/month (Months  1  to  11 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. ' 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.  New World Condo II Apt Assoc.    Arrearage on Petition Date    $ 0
Address: 18301 NW 2 Court,        Arrears Payment $  0  /month (Months  1  to  60 )
       Miami, Fl 33169           Regular Payment $ 169.49 /month (Months  1  to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| New World Condo #2 | Condo located at 301 NW 177th St #123, Mia, Fl $16,500.00 | 0% | $0 | 1 To 60 | 0 |
| Miami Postal Credit Union | 2008 Infiniti X35 $20,500.00 | 5.25% | $100.00 $278.80 | 1 To 11 12 To 60 | $14,761.20 |
| Miami Postal Credit Union | Condo located at 301 NW 177th St #123, Mia, Fl $16,500.00 | 5.25% | $100.00 | 1 To 60 | $ 11,871.00 |

Priority Creditors: [as defined in 11 U.S.C. ' 507]
1. Internal Revenue Service    Total Due $9,021.91 Payable $ 184.12/month (Months 12 to  60)  Regular Payment $0

Unsecured Creditors: Pay $ 100.00/month (Months 60 to ____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Waikiki Trust Partnership, the first mortgagee on the single family home shall be paid directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
Christine E. Bryce, Esq for

_____
Debtor                                                          Joint Debtor
Date: 8/12/2011                                            Date:_____

LF-31 (rev. 01/08/10)