UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                            CASE NO. 11-27303-AJC

SANDRA FORD,

      Debtor.

_____/

## WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

MIAMI POSTAL SERVICE CREDIT UNION, through undersigned counsel, withdraws its Motion for Relief from Stay filed on July 6, 2011.

                                           /s/  ELBA N. SERRANO-TORRES
                                           JAMES E. SORENSON (FL Bar #0086525),
                                           D. TYLER VAN LEUVEN (FL Bar #0178705),
                                           MARY LINZEE VAN LEUVEN (FL Bar #0029766),
                                           ELBA N. SERRANO-TORRES (FL Bar #0042228) ,
                                           CONOR J. MCLAUGHLIN (Fla. Bar #0084477) &
                                           JOSHUA J. LOGAN (Fla. Bar #0041371) of
                                           Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
                                           Post Office Box 4128
                                           Tallahassee, Florida 32315-4128
                                           Telephone (850) 386-3300
                                           Facsimile (850) 205-4755
                                           *Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by first class mail to Christine E. Bryce, Esquire, 18350 N.W. 2 Ave., Suite 500, Miami, FL 33169, Attorney for Debtor, (usual place of business), Sandra Ford, 230 N.W. 178th Terrace, Miami, FL 33169, Debtor, (usual place of abode), and Nancy N. Herkert, POB 279806, Miramar, FL 33027, Trustee, (usual place of business), on this 22 day of August, 2011.

                                           /s/  ELBA N. SERRANO-TORRES
                                           Attorney